**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**BOARDS OF TRUSTEES OF THE OHIO
LABORERS BENEFITS,**

      **Plaintiff,**

                              **Case No. 2:19-cv-2128**

  **vs.**

                              **Chief Magistrate Judge Elizabeth P. Deavers**

**ALL ASPECTS,** *et al.*,

      **Defendants.**

## <u>ORDER</u>

For good cause shown, the parties' Joint Motion to Dismiss with Prejudice (ECF No. 23) is **GRANTED**.  The Court retains jurisdiction to enforce the settlement agreement.

This action is **DISMISSED WITH PREJUDICE**.  The Clerk is **DIRECTED** to terminate this case from the Court's active cases list.

**IT IS SO ORDERED.**


                                  **/s/ *Elizabeth A. Preston Deavers*_____**

**DATED:  March 10, 2020**          **ELIZABETH A. PRESTON DEAVERS
CHIEF UNITED STATES MAGISTRATE JUDGE**